UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LATASHA JACKSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 17-CV-581-GKF-JFJ |
| PROGRESSIVE DIRECT INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The following parties to this lawsuit, Plaintiff, Latasha Jackson, and Defendant, Progressive Direct Insurance Company, pursuant to Fed. R. Civ. P. 41, stipulate this case should be dismissed with prejudice. All respective parties to bear their respective attorney fees and costs.

Dated this 22nd day of February 2018.

s/ Jacob W. Biby
*(Signed by Filing Attorney With Permission of Attorney)*
Jacob W. Biby, OBA No. 22063
MARTIN JEAN & JACKSON
1325 East 15th Street, Suite 203
Tulsa, Oklahoma 74120
Telephone:   918-743-4000
Facsimile:   918-743-4001
Email:   jbiby@mjjlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

s/ Hugh M. Robert
*(Signed by Filing Attorney With Permission of Attorney)*
Hugh M. Robert, OBA No. 22441
SHERWOOD, MCCORMICK & ROBERT
Bank of America Center
15 West 6th, Suite 2112
Tulsa, Oklahoma 74119
Telephone:   918-592-1144
Facsimile:   918-592-1149
Email:   hugh@sm-oklaw.com
**ATTORNEYS FOR PLAINTIFF**

/s Brad L. Roberson
Brad L. Roberson, OBA No. 18819
PIGNATO, COOPER, KOLKER
 & ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:     405-606-3333
Facsimile:     405-606-3334
Email:         brad@pclaw.org
**ATTORNEYS FOR DEFENDANT**